IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PATRICIA GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civ. No. 1:19-cv-01811-CL<br><br>**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

CLARKE, Magistrate Judge.

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion for Attorney Fees (#21) is GRANTED in the sum of $14,383.75, reduced by $6,509.89 in Equal Access to Justice Act ("EAJA") fees, for a net balance of $7,875.86 in §406(b) attorney fees. Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. § 406(b) shall be payable to Plaintiff's counsel, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. § 406(d), and mailed to his office at 401 E. 10th Ave., Ste. 240, Eugene, OR 97401.

IT IS SO ORDERED.

DATED this 16 day of May, 2022.

MARK D. CLARKE
United States Magistrate Judge